UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: Michael G Kenny  
    SSN / ITIN: xxx-xx-2795

Chapter 13  
Case No. 10-12483-FJB

## MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE
## NOTICE OF BAR DATE OBJECTIONS/RESPONSES

   Now comes the Chapter 13 Trustee (the "Trustee") and respectfully moves the Court for an Order dismissing this case, and in support thereof states as follows:

1. On March 10, 2010, the above-captioned debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On April 28, 2010, the Trustee convened and presided at a meeting of creditors as required by 11 USC §341. A First Amended Chapter 13 Plan was filed on July 12, 2010.

3. The Debtor is in arrears according to the terms of the proposed plan totaling $15,833.00 which is equal to 9 months of plan payment(s). This amount does not include the current month and may increase prior to hearing. Failure to make plan payments is cause for dismissal pursuant to 11 U.S.C. §1307(c).

    WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully Submitted,  
By: /s/ Carolyn Bankowski  
Carolyn Bankowski, BBO #631056  
Patricia A. Remer, BBO #639594  
Office of the Chapter 13 Trustee  
P.O. Box 8250  
Boston, MA 02114  
(617) 723-1313  
13trustee@ch13boston.com

Dated: February 11, 2011

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: Michael G Kenny                     Chapter 13
    SSN / ITIN: xxx-xx-2795              Case No. 10-12483-FJB

ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

ORDERED: that this Chapter 13 case is dismissed.

Dated: _____

U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: Michael G Kenny                         Chapter 13
    SSN / ITIN: xxx-xx-2795                    Case No. 10-12483-FJB

NOTICE OF BAR DATE FOR OBJECTIONS/RESPONSES

Notice is given that any responses and/or objections to this motion are to be filed within twenty (20) days of the date hereof.  If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within Trustee's Motion to Dismiss was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid or by electronic notice.

Dated: February 11, 2011

/s/ Carolyn Bankowski

SERVICE LIST

Michael G Kenny                         Joseph G. Foley, Esq.
97 Walnut Street                        P.O. Box 67397
Dedham, MA 02026                        Chestnut Hill, MA 02467-0004