UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| MICHAEL G. KENNY ) | CHAPTER 13 |
| ) | CASE NO. 10-12483-FJB |
| Debtor ) | |

RESPONSE OF DEBTOR TO
MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE

Now comes Michael G. Kenny, the Debtor herein ("Debtor"), and responds to the Motion Of Chapter 13 Trustee For Order Dismissing Case ("Motion to Dismiss"). In response thereto, the Debtor states as follows:

1. Admitted.

2. Admitted.

3. Admitted. The Debtor states further that unanticipated occurrences have resulted in the Debtors present inability to fund his Chapter 13 Plan. As a result of the foregoing, the Debtor states that he has no opposition to the Trustee's Motion to Dismiss.

**WHEREFORE**, the Debtor requests that this Honorable Court:

1. Grant such relief as this Court deems just.

*/s/ Michael P. Kenny*
Debtor

DATED: February 16, 2011

Respectfully submitted,
The Debtor;
By Counsel;

*/s/ Joseph G. Foley*
Joseph G. Foley, Esq. (BBO #564336)
Joseph G. Foley, LLC
P.O. Box 67397
Chestnut Hill, MA 02467
(617) 738-7703