**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Michael G Kenny<br>Debtor,<br>aka Gerry Kenny, dba Safe Home Custom Construction | Chapter: 13<br>Case No: 10–12483<br>Judge Frank J. Bailey |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **Case** was entered on 2/17/11 .

Date:3/4/11

By the Court,

<u>Cynthia Young</u>
Deputy Clerk
617–748–5343

49